IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

AMERICAN EXPRESS BANK, FSB, A Federal Savings Bank,

CASE NO.: 2014CC001428

Plaintiff,

vs.

LISA GAY SNYDER, aka LISA S MILLER,

Defendant.
_____/

## COMPLAINT

Plaintiff, AMERICAN EXPRESS BANK, FSB, sues the Defendant, LISA GAY SNYDER, aka LISA S MILLER and alleges:

### JURISDICTION AND PARTIES

1. This is an action for damages for an amount not exceeding $15,000, to-wit: $10,837.18 exclusive of court costs and attorneys' fees.

2. Plaintiff, AMERICAN EXPRESS BANK, FSB, (hereinafter referred to as "Plaintiff"), is incorporated under the United States Law as a federal savings bank and is duly licensed and authorized to engage and is engaged in the doing of business by virtue of the laws and regulations of the State of Florida.

3. Defendant, LISA GAY SNYDER, aka LISA S MILLER, (hereinafter referred to as "Defendant"), is a resident of Seminole County, Florida, is an individual over the age of eighteen (18), years of age, upon information and belief is not in the military and is otherwise sui juris.

4. This court has jurisdiction over the parties pursuant to Florida Statutes, and venue is appropriate.

14020747

1
CORDOBA & ASSOCIATES, P.A.
1551 SAWGRASS CORPORATE PARKWAY, SUITE 110 SUNRISE, FLORIDA 33323
TELEPHONE 754-300-1058 FAX 954-846-2224

#3 4/30/14

## GENERAL ALLEGATIONS

5. Defendant entered into a written contract with Plaintiff wherein Defendant was issued an American Express "HILTON HHONORS SURPASS CARD" Credit Card (hereinafter referred to as the "Card") for the purposes of obtaining goods and/or services, and/or cash advances from any person who accepts and uses the Card (hereinafter "Contract").

6. Defendant received a copy of the applicable Card Agreement (as hereinafter defined), containing all the "Terms and Conditions" for use of the Card. By doing so, Defendant, agreed to the Terms and Conditions set forth in the Card Agreement, by virtue of Defendant's receipt of and use of the Card.

7. Per the terms of the Card Agreement, Defendant further agreed to be responsible/liable for all charges, including charges incurred by additional cardmembers on this account irrespective of whether Defendant or the additional cardmember signed a charge form or presented the Card. The cardmember further agreed to pay any charge incurred by anyone that the cardmember or additional cardmember let use the card. Attached hereto and incorporated hereinafter as **Exhibit "A"** is a true and correct copy of the Card Agreement, (hereinafter "Card Agreement").

8. Defendant has failed and continues to refuse to pay for all charges.

9. All conditions precedent to this action have been performed, have occurred or have been waived.

14020747.

2
**CORDOBA & ASSOCIATES, P.A.**
1551 SAWGRASS CORPORATE PARKWAY, SUITE 110 SUNRISE, FLORIDA 33323
TELEPHONE 754-300-1058 FAX 954-846-2224

## COUNT I
## BREACH OF CONTRACT

10.  Plaintiff incorporates paragraphs 1 through 9 as though fully set forth herein at length.

11.  Beginning in SEPTEMBER of 2010, Defendant entered into the Contract for the purposes of obtaining goods and/or services, and/or cash advances from any person who accepts and uses the Card at Defendant's specific request. **Exhibit "A"** is a true and correct copy of the applicable Card Agreement.

12.  Plaintiff provided Defendant with the Card and Defendant incurred charges on the Card, the remaining principal of which is now due and owing.

13.  Defendant has failed and refused to pay Plaintiff the sum of $10,837.18 although demand for payment has been made. There is now due, owing, and unpaid from Defendant to Plaintiff the sum of $10,837.18 from July 19, 2013. Attached hereto and incorporated hereinafter as **Exhibit "B"** is a true and correct copy of the Card statement with the closing date of July 19, 2013.

14.  Defendant breached the Terms and Conditions of the Contract by failing to repay the sum due thereunder. The total sum that Defendant owes Plaintiff is $10,837.18.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant in the amount of $10,837.18, together with court costs.

14020747

3

**CORDOBA & ASSOCIATES, P.A.**
1551 SAWGRASS CORPORATE PARKWAY, SUITE 110 SUNRISE, FLORIDA 33323
TELEPHONE 754-300-1058 FAX 954-846-2224

## COUNT II
## QUANTUM MERUIT

15. Plaintiff incorporates paragraphs 1 through 4, 8, and 9, as though fully set forth herein at length.

16. Beginning in SEPTEMBER of 2010, Plaintiff provided Defendant with the Card at Defendant's specific request and Defendant incurred charges on the Card.

17. At all times material hereto, Defendant was aware that Defendant became indebted to Plaintiff in the sum of $10,837.18 for the money delivered by the Plaintiff to the Defendant as a result of Defendant's specific request. No part of said sum has been paid, although demand for payment has been made. There is now due, owing and unpaid, the sum of $10,837.18 demanded on July 19, 2013. Attached hereto and incorporated hereinafter as **Exhibit "B"** is a true and correct copy of the Card statement with the closing date of July 19, 2013.

18. The sum provided to Defendant by Plaintiff is $10,837.18, but the Defendant has refused to pay $10,837.18.

19. Defendant has been unjustly enriched by virtue of the foregoing.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant in the amount of $10,837.18, together with court costs.

S/ ERIK ZOGG, ESQ
**CORDOBA & ASSOCIATES, P.A.**
Attorneys for Plaintiff
1551 Sawgrass Corporate Parkway, Suite 110
Sunrise, FL 33323
Telephone:   754-300-1058
Facsimile:   954-846-2224
Primary E-mail: cordoba@cordobalaw.com
Florida Bar No.: 88888

Dated: April 28, 2014

14020747