UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN EXPRESS BANK, FSB,

    Plaintiff,

v.                                    Case No:  6:17-cv-576-Orl-18GJK

LISA GAY SNYDER,

    Defendant.
_____

## ORDER

On December 11, 2017 the Plaintiff filed a Notice of Dismissal (Doc. No. 25). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice.  The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___19___ day of December, 2017.

                                                          _____
                                                              G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record